**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: __11-39101-AJC__

☐ ___2nd___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: _Pedro Williams Ochoa_____     CO-DEBTOR: _____
Last Four Digits of SS# _xxx-xx-5391_____     Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of _60_ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

A.   $_153.33_____ for months _1_ to _60_ ;
B.   $_____ for months _____to_____;
C.   $_____ for months _____to _____ in order to pay the following creditors:

Administrative:       Attorney's Fee   $_3,650.00_
                      TOTAL PAID      $2,000.00_
                      Balance Due     $1,650.00_ payable $_91.67_ month (Months _1_ to _18_ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. _Internal Revenue Service_____     Total Due      $ 173.65_____
Address _P.O. Box 7346_____     Payment $_9.65_/month (Months_1_ to _18_ )
         _Philadelphia, PA 19101_____

2._____     Arrears Payment  $_____
_____     Arrears Payment  $_____/month (Months____ to ___)
_____     Regular Payment  $_____/month (Months___ to ___)
                                        Arrears Payment  $_____/month (Months___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| n/a | | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _Internal Revenue Service_____     Total Due $_4,419.31_____
                                        Payable $_36.68_/month (Months _1_ to _18_ )
                                        Payable $89.51_ / month (Months 19 to _60_ )

Unsecured Creditors: Pay $_48.49_ month (Months _19_ to _60_ ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above :_____

I declare that the foregoing chapter 13 plan is true and correct under the penalty of perjury.

_/s/ Robert Sanchez, Esq_
Attorney for debtor
Date: _02/16/12_