**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  PEDRO WILLIAMS OCHOA

Case No. 11-39101-AJC
Chapter 13

_____ Debtor _____/

### APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, PEDRO WILLIAMS OCHOA, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $317.98, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the name of MIDLAND CREDIT MGMT INC. Applicant further states that:

1. (Indicate one of the following items:)

___ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

___ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

___ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited. Applicant has reviewed all applicable

Page 1 of 3

LF-27 (rev. 12/01/09)

records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

\_\_\_ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

\_\_\_ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

_X_ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: 4-20-2017

PEDRO WILLIAMS OCHOA
Name Under Which Funds Were Deposited

Signature of Applicant
(Note: In addition to signing, complete all information below)

11-39101-AJC
Claim Number

_____
Name of Party On Whose Behalf Application Was Filed*

Last Four Digits of SS# _____

Tax ID (EIN #)_____

Address: Pedro Williams Ochoa
5389 W. 22CT
APT-204
Hialeah, FL 33016

Print Name and Title of Applicant

_____
Print Company Name

_____
Print Street Address

_____
Print City and State

786-641-9451
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me

on 04-20-2017.

NOTARY PUBLIC, AT LARGE
STATE OF Florida


NORYS HERNANDEZ TORRES
NOTARY PUBLIC · STATE OF FLORIDA
COMMISSION #FF 221668
My Commission Expires April 16, 2019

Page 3 of 3

LF-27 (rev. 12/01/09)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

Case No. 11-39101-AJC
Chapter 13

PEDRO WILLIAMS
OCHOA

_____ Debtor _____/

**AFFIDAVIT OF CLAIMANT**

I, PEDRO Williams OCHOA , am (indicate status of claimant)

(  ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to _____, a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

(  ) the duly authorized representative for the claimant "business" _____; or

(  ) the debtor claiming funds deposited in the name of a creditor in this case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

(  ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

(  ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to _____ a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $ 317.91 deposited in this court in the name of MIDLAND CREDIT MGMT INC and representing claim number 11-39101-AJC (if no claim was filed write "scheduled" in blank space).

2. Claimant History: Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant. Also attach a copy of an official

Page 1 of 2

LF-28 (rev. 12/01/09)

government photo id to prove your identity.

    3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

    I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

_signature of claimant or representative of "business" claimant_

Dated: 4-20-2017

print name: PEDRO WILLIAMS OCHOA

title: _____

# 5391

Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

address: 5389 WEST 22 CT. APT-204  HIALEAH, FL. 33016

Phone number: 786-641-9451

signature of joint debtor (if applicable)

print name

Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

Sworn to and Subscribed before me on 04/20/2017.

NOTARY PUBLIC AT LARGE

STATE OF Florida



**NORYS HERNANDEZ TORRES**
NOTARY PUBLIC · STATE OF FLORIDA
COMMISSION #FF 221668
My Commission Expires April 16, 2019

04/20/17

**NAME:** Pedro Williams Ochoa
**CASE #** 11-39101-AJC.

**To:** Southern District of Florida.

I'm Pedro Williams Ochoa. Claim the Funds of $583.16 & $317.91, the trustee Nancy K. Neidich, Deposited into the Court unclaimed Funds Account, This Money I send to My trustee, Nancy K. Neidich. & the creditor Refuse The Funds.

I Will send a Copy of this Letter to my trustee, creditor, & my Lawyer Robert Sanchez.

Sincerely,

*[signature]*
Pedro Williams Ochoa

RECEIVED DATE: 4/20/17

Robert Sanchez, P.A.
355 West 49th Street
Hialeah, Florida 33[...]

ANNIA BIDOPIA
Notary Public - State of Florida
Commission # FF 185958
My Comm. Expires Apr 17, 2019
Bonded through National Notary Assn.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                                  CASE NO.: 11-39101-BKC-AJC
                                                                                        PROCEEDING UNDER CHAPTER 13
PEDRO WILLIAMS OCHOA

DEBTOR_____/

### NOTICE OF DEPOSIT OF FUNDS WITH
### THE UNITED STATES BANKRUPTCY COURT CLERK

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of **$317.91** remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtors(s)/creditor(s) and deliver the funds before pressenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

Attached and made a part of this notice, is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which each is entitled.

   **WHEREFORE,** your Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the United States Bankruptcy Court, Southern District of Florida, to effect closing this estate.

Date: _____3-29-17_____                                          _____/s/ Nancy K. Neidich_____
                                                                              NANCY K. NEIDICH, ESQUIRE
                                                                              STANDING CHAPTER 13 TRUSTEE
                                                                              P.O. BOX 279806
                                                                              MIRAMAR, FL 33027-9806

**COPIES FURNISHED TO:**

PEDRO WILLIAMS OCHOA                               MIDLAND CREDIT MGMT INC
PO BOX 126683                                              8875 AERO DR, STE 200
HIALEAH, FL 33012                                         SAN DIEGO, CA 92123


ROBERT SANCHEZ, ESQUIRE                         MIDLAND CREDIT MGMT INC
355 W 49 STREET                                             8875 AERO DR, STE 200
HIALEAH, FL 33012                                         SAN DIEGO, CA 92123


U.S. TRUSTEE
51 S.W. 1ST AVENUE
MIAMI, FL 33130

NOTICE OF DEPOSIT OF FUNDS
CASE NO.: 11-39101-BKC-AJC

ATTACHMENT

### NOTICE OF DEPOSIT OF FUNDS WITH THE UNITED STATES BANKRUPTCY COURT CLERK

### ATTACHMENT - LISTING OF CLAIMANT

### CASE NO.: 11-39101-BKC-AJC

MIDLAND CREDIT MGMT INC                                  $152.77
8875 AERO DR, STE 200
SAN DIEGO, CA 92123

UNDELIVERABLE/STALE
CLAIM REGISTER# 2

MIDLAND CREDIT MGMT INC                                  $165.14
8875 AERO DR, STE 200
SAN DIEGO, CA 92123

UNDELIVERABLE/STALE
CLAIM REGISTER# 3