# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Pedro Williams Ochoa

_____ Debtor _____/

Case No. 11-39101-AJC
Chapter 13

JUN 15 2017

N.C.

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, __Melissa Byrd__, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $317.90, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the name of __Midland Credit Mgnt Inc__. Applicant further states that:

1.  (Indicate one of the following items:)

    ___ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

    ___ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the applicable Administrative Office of the US Court's Director's Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

    √ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited. Applicant has

Page 1 of 3

LF-27 (rev. 12/01/15)

reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant.  **A Local Form "Affidavit of Claimant" (LF-28) and an original "power of attorney" conforming to the applicable Administrative Office of the US Court's Director's Form are attached and made a part of this application.**

\_\_\_ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" **conforming to the applicable Administrative Office of the US Court's Director's Form** from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court.  **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

\_\_\_ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" **conforming to the applicable Administrative Office of the US Court's Director's Form** from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right.  Also attached is a copy of an official government photo id of the debtor to prove debtor's identity.  The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

\_\_\_ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right.  Also attached is a copy of an official government photo id of applicant to prove debtor's identity.  The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: 6-14-17

Midland Credit Mgmt Inc.
**Name Under Which Funds Were Deposited**

2 and 3
**Claim Number**

Midland Credit Management, Inc.
**Name of Party on Whose Behalf Application Was Filed\***

Address: PO Box 2011
Warren, MI
48090

_____
**Signature of Applicant**
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# _____

Tax ID (EIN #) 48-0581733

Melissa Byrd, Assistant Secretary
**Print Name and Title of Applicant**

Midland Credit Management, INC.
**Print Company Name**

PO Box 2011
**Print Street Address**

Warren, MI
**Print City and State**

586-446-1757
**Telephone (Including area code)**

\*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me
on 6/14/17

See attached
**NOTARY PUBLIC, AT LARGE**
**STATE OF** California

Page 3 of 3

LF-27 (rev. 12/01/15)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Diego

Subscribed and sworn to (or affirmed) before me on this _____ day of June 14 _____, 20 17 , by Melissa Suzanne Byrd _____,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

ANABEL LEVY
Commission # 2093831
Notary Public - California
San Diego County
My Comm. Expires Jan 13, 2019

(Seal)                          Signature _____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                  Case No. 11-39101-AJC
                                                                         Chapter 13

Pedro Williams Ochoa

JUN 1 5 2017

_____ Debtor    /

**AFFIDAVIT OF CLAIMANT**

1.  I, __Melissa Byrd_____, am (indicate status of claimant)

( ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to _____, a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

(X) the duly authorized representative for the claimant "business" __Midland Credit Management, Inc.___; or

( ) the debtor claiming funds deposited in the name of a creditor in this case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

( ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

( ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to _____ a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $ __317.91__ deposited in this court in the name of __Midland Credit Management, Inc.__ and representing claim number __2 and 5_____ (if no claim was filed write "scheduled" in blank space).

2. Claimant History: Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant. Also attach a copy of an official

Page 1 of 2

LF-28 (rev. 12/01/15)

government photo id to prove your identity.

    3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

    I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 6-14-17

_____
signature of claimant or representative of "business" claimant

Melissa Byrd
print name

Assistant Secretary
title

48-0581733
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

PO Box 2011 Warren MI 48090
address

586-446-1757
Phone number

_____
signature of joint debtor (if applicable)

_____
print name

Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

Sworn to and Subscribed before me
on 6/14/17

see attached
NOTARY PUBLIC, AT LARGE

STATE OF California

Page 2 of 2

LF-28 (rev. 12/01/15)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Diego

Subscribed and sworn to (or affirmed) before me on this _____ day of June 14, 20 17, by Melissa Suzanne Byrd
_____,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

ANABEL LEVY
Commission # 2093831
Notary Public - California
San Diego County
My Comm. Expires Jan 13, 2019

(Seal)                              Signature _Anabel Levy_

**WRITTEN CONSENT OF THE BOARD OF DIRECTORS
OF
MIDLAND CREDIT MANAGEMENT, INC.**

---

**June 24, 2016**

Pursuant to Section 17-6301(f) of the Kansas Code, the undersigned, being all of the directors of Midland Credit Management, Inc., a Kansas corporation (the "Company"), do hereby waive notice and consent to the adoption of the following resolutions, which resolutions shall be deemed to be adopted as of the date hereof to the same extent and to have the same force and effect as if such resolutions were adopted by a unanimous vote of the Board of Directors (the "Board") of the Company at a duly convened meeting held for such purpose:

WHEREAS, the Company previously resolved to elect certain person to serve as officers of the Company, pursuant to certain Actions by Written Consent of the Board of Directors of the Company, and the Company desires to update such authorities by replacing such resolutions as set forth below.

**Removal of Officers**

RESOLVED, that each of the following persons be, and hereby is, removed from the office of the Company set forth opposite his or her name, effective as of the date hereof:

| | | |
|---|---|---|
| April Lindauer | - | Assistant Secretary |
| Derek Higginbotham | - | Assistant Secretary |
| Kelly Macbeth | - | Assistant Secretary |
| Kenneth Proctor | - | Assistant Secretary |

**Appointment of Officers**

RESOLVED, that each of the following persons be, and hereby is, appointed to the office of the Company set forth opposite his or her name, effective as of the date hereof, to serve in such capacity until his or her successor shall be duly elected or until his or her earlier death, resignation or removal:

| | | |
|---|---|---|
| Kenneth A. Vecchione | - | President and Chief Executive Officer |
| Jonathan Clark | - | Executive Vice President, Chief Financial Officer and Treasurer |
| Paul Grinberg | - | Group Executive, International and Corporate Development |
| Ashish Masih | - | Executive Vice President, U.S. Debt Purchasing and Operations |
| Greg Call | - | Senior Vice President and Corporate Secretary |

1

| | | |
|---|---|---|
| Amy Anuk | - | Senior Vice President, Business Development |
| Barbara Kennedy | - | Senior Vice President, Human Resources |
| Carl Eberling | - | Senior Vice President, Information Technology, and Chief Information Officer |
| John Yung | - | Senior Vice President, Strategy |
| Kaushik Kundu | - | Senior Vice President, Internal Operations Collections |
| Ryan Bell | - | Senior Vice President, Legal Collections Operations |
| Sheryl Wright | - | Senior Vice President, Government Affairs |
| Scott Goverman | | Vice President, Corporate Development & Treasury and Assistant Treasurer |
| Adam Sragovicz | - | Vice President, Treasury and Assistant Treasurer |
| J. Mark Warner | - | Vice President, Tax, and Assistant Treasurer |
| Andrew Asch | - | Vice President, General Counsel |
| Brittany Lederman | - | Assistant Secretary |
| Craig Noack | - | Assistant Secretary |
| Chris Perdue | - | Assistant Secretary |
| Erin Funderburk | - | Assistant Secretary |
| Greg Gerkin | - | Assistant Secretary |
| Jill Przybylski | - | Assistant Secretary |
| Karen Chen | - | Assistant Secretary |
| Kevin Wiesner | - | Assistant Secretary |
| Kyle Smith | - | Assistant Secretary |
| Matt Jubenville | - | Assistant Secretary |
| Melissa Byrd | - | Assistant Secretary |
| Michael Chin | - | Assistant Secretary |
| Nayri Rita Melconian | - | Assistant Secretary |
| Stelios Harris | - | Assistant Secretary |

FURTHER RESOLVED, that all actions taken by such officers on behalf of the Company prior to the date on which such persons were appointed to such officers that are within the authority conferred by these resolutions be and hereby are ratified and approved.

FURTHER RESOLVED, that the actions taken by this Consent shall have the same force and effect as if taken by the undersigned at a meeting duly called and constituted pursuant to the Company's organizational documents and applicable law.

2

FURTHER RESOLVED, that this Action by Written Consent of the Board of Directors may be executed in any number of counterparts, each of which shall be deemed an original and all of which when taken together shall constitute a single original consent.

[Remainder of Page Intentionally Left Blank]

IN WITNESS WHEREOF, the undersigned have executed this Action by Written Consent of the Board of Directors as of the date first set forth above.

_____
Kenneth A. Vecchione

_____
Jonathan Clark

[Signature Page of Action by Written Consent -- Midland Credit Management, Inc.]
4

Exhibit 1 to

███████████ Sale Agreement dated June 9th, 2010

### BILL OF SALE

### Closing Date: August 25th, 2010

    Capital One Bank (USA), National Association ("Seller"), in consideration of a Purchase Price of ███████████ and other valuable consideration, the receipt of which is hereby acknowledged, hereby sells, assigns and transfers all right, title and interest in the Accounts identified in the Sale File entitled ███████████ (which may be in electronic form) to Midland Funding LLC ("Buyer"), without recourse or representation except as expressly provided herein or on the terms, and subject to the conditions, set forth in the Agreement (as defined below).

    This Bill of Sale is delivered pursuant to that certain ███████████ Sale Agreement, dated as of June 9th, 2009, by and between Seller and Buyer (the "Agreement"). All capitalized terms used, but not defined, in this Bill of Sale shall have the meanings assigned to such terms in the Agreement.

    The Cutoff Date for the Sale File was August 20th, 2010. The aggregate Unpaid Balance of the Accounts as of the Cutoff Date was ███████████

                                    **CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION**

                                    By: _[signature]_

                                    Name: <u>David Wasik</u>

                                    Title: <u>Senior Vice President</u>

Exhibit 3 to

Receivable Sale Agreement

**AFFIDAVIT OF SALE
OF ACCOUNT
BY ORIGINAL CREDITOR**

State of Virginia, County of Goochland

David Wasik being duly sworn deposes and says:

I am over 18 and not a party to this action. I am the Managing Vice President of Capital One Bank (USA), National Association. In that position I am a custodian of the creditor's books and records, and am aware of the process of the sale and assignment of electronically stored business records.

On or about August 25th, 2010, Capital One Bank (USA), National Association sold a pool of charged-off accounts (the "Accounts") by a Purchase and Sale Agreement and a Bill of Sale to Midland Funding LLC. As part of the sale of the Accounts, electronic records and other records were transferred on individual Accounts to the debt buyer. These records were kept in the ordinary course of business of Capital One Bank (USA), National Association.

I am not aware of any errors in these accounts. The above statements are true to the best of my knowledge.

Signed this 25th day of August, 2010

_____
(Name of Affiant)

Sworn before me this 25th day of August, 2010

_____
(Notary Stamp)

MEDEA L WHITE
NOTARY PUBLIC
REG # 348359
MY COMMISSION EXPIRES
12/31/2012
COMMONWEALTH OF VIRGINIA



Capital One, N.A.
15000 Capital One Drive
Richmond, VA 23238

CERTIFICATE OF CONFORMITY

**CERTIFICATE OF CONFORMITY
MADE PURSUANT TO
CPLR 2309(c)
and RPL 299-a**

I, _Jonathan Campbell_, an attorney-at-law admitted to practice in the Commonwealth of Virginia, do hereby certify that the acknowledgment upon the annexed affidavit was taken by Medea White, a notary public in and for the Commonwealth of Virginia, in the jurisdiction aforementioned and in the manner prescribed by the laws of the Commonwealth of Virginia and conforms to the laws thereof in all respects.

IN WITNESS WHEREOF, I have hereunto set my signature, this _4th_ day of _February 2017_.

_Jonathan Campbell_, Esq.
Attorney at Law, Commonwealth of Virginia

| Field | Field Data |
| --- | --- |
| 16-digit Account Number | 4862362530180473 |
| Customer Namer | OCHOA                PEDRO W |
| Customer Street Address | PO BOX 126683 |
| Customer City | HIALEAH |
| Customer State | FL |
| Customer Zip Code | 33012-1611 |
| Customer Phone Number Area Code | 7863463824 |
| Customer Date of Birth | 10/30/1964 |
| Customer SSN | *****5391 |
| Open Date | 2/8/2005 |
| Cahrge-off Date | 7/2/2008 |
| Last Payment Date | 11/19/2007 |
| Last Payment Amount | 0 |
| Charge-off Amount | 990.14 |
| Sale Amount | 1516.14 |

Data printed by Midland Credit Management, Inc. from electronic records provided by Capital One Bank (USA), National Association pursuant to the Bill of Sale / Assignment of Accounts dated 8/25/2010 in connection with the sale of accounts from Capital One Bank (USA), National Association to Midland Funding LLC.

Exhibit I to

███████████████ Sale Agreement dated June 9th, 2010

BILL OF SALE

Closing Date: August 25th, 2010

    Capital One Bank (USA), National Association ("Seller"), in consideration of a Purchase Price of ███████████ and other valuable consideration, the receipt of which is hereby acknowledged, hereby sells, assigns and transfers all right, title and interest in the Accounts identified in the Sale File entitled ███████████ (which may be in electronic form) to Midland Funding LLC ("Buyer"), without recourse or representation except as expressly provided herein or on the terms, and subject to the conditions, set forth in the Agreement (as defined below).

    This Bill of Sale is delivered pursuant to that certain ███████████ Sale Agreement, dated as of June 9th, 2009, by and between Seller and Buyer (the "Agreement"). All capitalized terms used, but not defined, in this Bill of Sale shall have the meanings assigned to such terms in the Agreement.

    The Cutoff Date for the Sale File was August 20th, 2010. The aggregate Unpaid Balance of the Accounts as of the Cutoff Date was ███████████

CAPITAL ONE BANK (USA),
NATIONAL ASSOCIATION

By: _____

Name: David Wasik

Title: Senior Vice President

Exhibit 3 to

Receivable Sale Agreement

**AFFIDAVIT OF SALE
OF ACCOUNT
BY ORIGINAL CREDITOR**

State of Virginia, County of Goochland

David Wasik being duly sworn deposes and says:

I am over 18 and not a party to this action. I am the Managing Vice President of Capital One Bank (USA), National Association. In that position I am a custodian of the creditor's books and records, and am aware of the process of the sale and assignment of electronically stored business records.

On or about August 25th, 2010, Capital One Bank (USA), National Association sold a pool of charged-off accounts (the "Accounts") by a Purchase and Sale Agreement and a Bill of Sale to Midland Funding LLC. As part of the sale of the Accounts, electronic records and other records were transferred on individual Accounts to the debt buyer. These records were kept in the ordinary course of business of Capital One Bank (USA), National Association.

I am not aware of any errors in these accounts. The above statements are true to the best of my knowledge.

Signed this 25th day of August, 2010

_____
(Name of Affiant)

Sworn before me this 25th day of August, 2010

_____
(Notary Stamp)

[Notary Seal: MEDEA L WHITE, NOTARY PUBLIC, REG # 348359, MY COMMISSION EXPIRES 12/31/2012, COMMONWEALTH OF VIRGINIA]



Capital One, N.A.
15000 Capital One Drive
Richmond, VA 23238

## CERTIFICATE OF CONFORMITY

**CERTIFICATE OF CONFORMITY
MADE PURSUANT TO
CPLR 2309(c)
and RPL 299-a**

I, _Jonathan Campbell_, an attorney-at-law admitted to practice in the Commonwealth of Virginia, do hereby certify that the acknowledgment upon the annexed affidavit was taken by Medea White, a notary public in and for the Commonwealth of Virginia, in the jurisdiction aforementioned and in the manner prescribed by the laws of the Commonwealth of Virginia and conforms to the laws thereof in all respects.

IN WITNESS WHEREOF, I have hereunto set my signature, this _4TH_ day of _February 2011_.

_____, Esq.
Attorney at Law, Commonwealth of Virginia

| Field | Field Data |
| --- | --- |
| 16-digit Account Number | 4862362562067382 |
| Customer Namer | OCHOA                    PEDRO W |
| Customer Street Address | PO BOX 126683 |
| Customer City | HIALEAH |
| Customer State | FL |
| Customer Zip Code | 33012-1611 |
| Customer Phone Number Area Code | 7863463824 |
| Customer Date of Birth | 10/30/1964 |
| Customer SSN | *****5391 |
| Open Date | 6/7/2005 |
| Cahrge-off Date | 7/2/2008 |
| Last Payment Date | 11/19/2007 |
| Last Payment Amount | 0 |
| Charge-off Amount | 915.95 |
| Sale Amount | 1402.63 |

Data printed by Midland Credit Management, Inc. from electronic records provided by Capital One Bank (USA), National Association pursuant to the Bill of Sale / Assignment of Accounts dated 8/25/2010 in connection with the sale of accounts from Capital One Bank (USA), National Association to Midland Funding LLC.